**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JIVE SOFTWARE, INC.,**<br><br>      **Plaintiff,**<br><br>   vs.<br><br>**SAMPO IP LLC** *et al.***,**<br><br>      **Defendant(s).** | Case No.: 13-CV-02273 YGR<br><br>**ORDER DENYING MOTION TO DISMISS INITIAL COMPLAINT AS MOOT** |

On May 22, 2013, Defendant(s) filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Dkt. No. 5).

On June 5, 2013, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a). In light of the filing of the amended complaint and a motion to dismiss the amended complaint, the Motion to Dismiss (Dkt. No. 5) is **DENIED** as moot. The hearing on that motion, which was noticed for July 9, 2013, is **VACATED**.

This terminates Dkt. No. 5.

**IT IS SO ORDERED.**

Date: June 27, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**