UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JIVE SOFTWARE, INC.,<br>a Delaware corporation,<br><br>                    Plaintiff,<br><br>        vs.<br><br>SAMPO IP, LLC,<br>a Virginia limited liability company,<br><br>                    Defendant. | Case No. 3:13-cv-02273-YGR<br><br>**[PROPOSED]** **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal Without Prejudice of all claims asserted by plaintiff, Jive Software, Inc., and defendants Marathon Patent Group, Inc., and SAMPO IP, LLC, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit by plaintiff Jive Software, Inc., and against defendants Marathon patent Group, Inc., and SAMPO IP, LLC, are hereby dismissed without prejudice, subject to the terms of that certain agreement entitled "Agreement" and dated June 27, 2013.

IT IS FURTHER ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

IT IS SO ORDERED.

Dated: July 11, 2013

_____
United States District Judge

Presented by:

STEFANI E. SHANBERG (State Bar No. 206717)
MICHAEL J. GUO (State Bar No. 284917)
MADELEINE E. GREENE (State Bar No. 263120)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California  94105
Telephone:  (415) 947-2000
Facsimile:   (415) 947-2099
E-Mail:       sshanberg@wsgr.com
                   mguo@wsgr.com
                   mgreene@wsgr.com

Attorneys for Plaintiff
JIVE SOFTWARE, INC.


GEORGE C. SUMMERFIELD (State Bar No. P40644)
STADHEIM & GREAR LTD.
400 North Michigan Avenue, Suite 2200
Chicago, Illinois  60611
Telephone:  (312) 755-4400
Facsimile:   (312) 755-4408
E-Mail:       summerfield@stadheimgrear.com

Attorney for Defendants SAMPO IP, LLC,
and MARATHON PATENT GROUP, INC.